**1698** COMMON COUNCIL (Muskegon) vs. GOW (Mayor), No. 13180, 94 M., 453.

To compel respondent to execute and deliver certain bonds. Granted December 24, 1892, without costs.

The question raised was as to the authority of the council to issue the bonds in question without the vote of the electors.


**1699** KEENAN ET AL. vs. MICHIGAN GAS CO., No. 12776.

To compel respondent to furnish gas for illuminating purposes.

Denied May 11, 1892, with costs.

Respondent is engaged in furnishing natural gas for fuel and for illuminating purposes. Relator desired its use for illuminating purposes only. Under the ordinance of the city the limit of the price of gas for fuel purposes was fixed at 33 cents per thousand feet, but there was no limitation upon the price of gas furnished for illuminating purposes. Relator demanded gas at the rate of 33 cents, and respondent offered to furnish it at the rate of $1.25, insisting that that rate was not an unreasonable charge, and that it could not afford to furnish it at 33 cents.


**1700** OSBORN vs. CIRCUIT JUDGE (Charlevoix), 4 D. L. N., 731.

To dissolve an injunction restraining the game and fish warden from enforcing the provisions of Act No. 151, Public Acts of 1897, and Act No. 110 P. A. of 1893.

Granted November 12, 1897.